# EXHIBIT 2

CASE NO. 2018-CI-18096

| | | |
|---|---|---|
| PATRICIA BASKETTE INDIVIDUALLY<br>AND AS REPRESENTATIVE OF THE<br>ESTATE OF WILLIAM LEONARD<br>BASKETTE, JR., DECEASED,<br><br>Plaintiff<br><br>v.<br><br>STATE BAR OF TEXAS INSURANCE<br>TRUST AND THE PRUDENTIAL<br>INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br><br><br><br>37TH JUDICIAL DISTRICT<br><br><br>BEXAR COUNTY, TEXAS |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

To:  Robert A. Allen                          Donna Kay McKinney
     John B. Grissom                          Bexar County District Clerk
     Allen, Stein & Durbin, P.C.              Paul Elizondo Tower
     6243 IH-10 West, 7th Floor               101 W. Nueva, Suite 217
     P.O. Box 101507                          San Antonio, Texas 78205-3411
     San Antonio, Texas 78201
     Attorneys for Plaintiff

     Lamont Jefferson
     Jefferson Cano
     112 E. Pecan St., Suite 1650
     San Antonio, TX 78205
     ljefferson@jeffersoncano.com
     Attorney for Co-Defendant State Bar of
     Texas Insurance Trust

Pursuant to 28 U.S.C. § 1446(d), Defendant, The Prudential Insurance Company of America, hereby notifies the Court that on November 1, 2018, it filed in the United States District Court for the Western District of Texas, its Notice of Removal of this lawsuit. Pursuant to 28 U.S.C. § 1446(d), District Court for the 37th Judicial District, Bexar County, Texas, may not proceed further with the case entitled *Patricia Baskette Individually and as Representative of*

51412078v.2

2

*the Estate of William Leonard Baskette, Jr., Deceased v. State Bar of Texas Insurance Trust and The Prudential Insurance Company of America*, Case No. 2018-CI-18096. A copy of Defendant Prudential's Notice of Removal is attached hereto as Exhibit A.

DATED:  November 1, 2018

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Esteban Shardonofsky*
Esteban Shardonofsky
State Bar No. 24051323
sshardonofsky@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas  77002-2812
Telephone: (713) 225-2300
Facsimile:  (713) 225-2340

ATTORNEYS FOR DEFENDANT
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing NOTICE OF FILING OF NOTICE OF REMOVAL was served on all counsel of record, as listed below, via certified mail return receipt requested on the 1st day of November, 2018.

Robert A. Allen
John B. Grissom
Allen, Stein & Durbin, P.C.
6243 IH-10 West, 7th Floor
P.O. Box 101507
San Antonio, Texas 78201

Lamont Jefferson
Jefferson Cano
112 E. Pecan St., Suite 1650
San Antonio, TX 78205
ljefferson@jeffersoncano.com
Attorney for Co-Defendant State Bar of
Texas Insurance Trust

                              */s/ Esteban Shardonofsky*
                              Esteban Shardonofsky

51412078v.2